UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COSCO CONTAINER LINES COMPANY LIMITED and COSCO CONTAINER LINES AMERICAS INC., <br><br> Plaintiffs, <br><br> -against- <br><br> GLOBAL ENTERPRISE WORLDWIDE LLC., <br><br> Defendant. | 15 Civ. _____ <br><br><br> COMPLAINT |

PLEASE TAKE NOTICE that Plaintiffs, COSCO CONTAINER LINES COMPANY LIMITED ("COSCO") and COSCO CONTAINER LINES AMERICAS INC. ("COSCO AMERICAS"), by their attorneys, Mahoney & Keane, LLP, as and for a Complaint against Defendant, GLOBAL ENTERPRISE WORLDWIDE LLC ("GLOBAL"), allege, upon information and belief, as follows:

1. This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Jurisdiction is based upon 28 U.S.C. § 1333, as well as the Court's diversity, pendent, supplementary, and ancillary jurisdiction.

2. Plaintiff COSCO is a legal entity duly organized and existing pursuant to the laws of a foreign country, with offices and a place of business located at No. 378 Dong Da Ming Road, Shanghai, China 200080.

3. Plaintiff COSCO AMERICAS is a legal entity duly organized and existing pursuant to the laws of the United States, with offices and a place of business located at 100 Lighting Way, Secaucus, New Jersey.

4. Defendant, GLOBA, is a business entity organized and existing pursuant to one of the states of the United States with offices and a place of business located at 1201 North Orange Street, Suite 700, Wilmington, Delaware 19801.

5. The United States District Court for the District of New Jersey is the proper venue for this action, as Plaintiff COSCO AMERICAS resides or maintains a principal place of business in the District of New Jersey, and, as discussed more fully below, the subject Service Contract was executed on behalf of COSCO in the District of New Jersey.

6. Plaintiffs sue on their own behalf and as agents and trustees on behalf of any other party who may now have or hereinafter acquire an interest in this action.

## AS AND FOR A FIRST CAUSE OF ACTION AGAINST TRANS COASTAL

7. Plaintiffs repeat and reiterate each and every allegation contained in paragraphs "1" through "6" as if specifically set forth herein at length.

8. Plaintiff COSCO, as "Carrier," and Defendant, GLOBAL, as "Shipper" and "Merchant," through their responsible representatives had entered into and were parties to a Service Contract numbered SAE12029commencing April 23, 2012 and concluding on April 30, 2013, as well as Bills of Lading issued during that period numbered 8007150240, 8007150241, 8007150290, and 8007150291, for the ocean carriage of 78 40' containers said to be loaded with southern yellow pine logs from Houston, Texas to Xingang, China in consideration of payments by GLOBAL to Plaintiffs for said services.

9. Plaintiffs duly performed all duties and obligations required to be performed by Plaintiffs in connection with Defendant's goods.

10. Defendant wrongfully, willfully, negligently and/or fraudulently breached the terms of the subject Service Contract, bills of lading, tariffs, and/or other related agreements by, inter alia, failing to pay charges for freight, demurrage, and/or other associated costs, all invoiced months ago.

11. As a result of Defendant's breach of the agreements, Plaintiffs have incurred, and will continue to incur, costs and expenses for which Defendant is liable under the terms of the aforesaid contracts and at law.

12. Plaintiffs have placed Defendant on notice of their claim that Defendant has breached the subject agreements and violated Plaintiffs' rights under the law.

13. Despite Plaintiffs' repeated demands, Defendant has failed to pay the Plaintiffs' damages due and owing under the agreements and at law.

14. By reason of the foregoing, Plaintiffs have sustained damages in the amount of $1,148,667.49, together with interest, costs, fees, and expenses.

## AS AND FOR A SECOND CAUSE OF ACTION AGAINST TRANS COASTAL

15. Plaintiffs repeat and reiterate each and every allegation contained in paragraphs "1" through "14" as if specifically set forth herein at length.

16. Defendant has an account stated with the Plaintiffs.

17. By reason of the foregoing, Plaintiffs have sustained damages in the amount of $1,148,667.49, together with interest, costs, fees, and expenses.

## AS AND FOR A THIRD CAUSE OF ACTION AGAINST TRANS COASTAL

18. Plaintiffs repeat and reiterates each and every allegation contained in paragraphs "1" through "17" as if specifically set forth herein at length.

19. Plaintiffs are due from Defendant the quantum meruit of Plaintiff's services.

WHEREFORE, Plaintiffs pray:

(A). That judgment be entered in favor of Plaintiffs and against Defendant for an amount exceeding $1,148,667.49, plus interest, fees, including attorneys' fees, costs, and disbursements;

(B). That Court process be issued against the Defendant; and

(C). That Plaintiffs be granted such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       June 24, 2015

>                                           MAHONEY & KEANE, LLP
>                                           Attorneys for Plaintiffs
>
>                                           By: _____
>                                           Edward A. Keane
>                                           40 Worth Street, Tenth Floor
>                                           New York, New York 10013
>                                           (212) 385-1422