<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **COSCO CONTAINER LINES CO., LTD.,** et al.<br>　　　　**Plaintiffs,**<br><br>　　　　　v.<br><br>**GLOBAL ENTERPRISE WORLDWIDE, LLC.,**<br><br>　　　　**Defendant.** | **Civil Action No. 15-4406 (ES) (MAH)**<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

　　　Pending before the Court is Plaintiffs' motion for default judgment. (D.E. No. 10). For the reasons stated on the record on March 24, 2016;

　　IT IS on this 24th day of March 2016;

　　**ORDERED** that Plaintiffs' motion for default judgment, (D.E. No. 10), is DENIED; and it is further

　　**ORDERED** that Plaintiffs may refile their motion for default judgment, addressing the deficiencies outline by the Court on the record, no later than April 25, 2016; and it is further

　　**ORDERED** that the Clerk of the Court may terminate docket entry number 10.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　s/*Esther Salas*
　　　　　　　　　　　　　　　　　　　　　　　**Esther Salas, U.S.D.J.**